IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| G.M. SIGN, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>W.E. BANQUETS, LLC. and JOHN DOES 1-10,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 1:16-cv-00922<br>)<br>) **CLASS ACTION**<br>)<br>) Hon. Andrea R. Wood<br>)<br>) Magistrate Hon. Sheila Finnegan<br>)<br>) |

## NOTICE OF VOLUNARY DISMISSAL OF CERTAIN DEFENDANT

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, G.M. SIGN, INC., hereby dismisses this action without prejudice.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　G.M. SIGN, INC., individually and as the representative of a class of similarly-situated persons

　　　　　　　　　　　　　　　　By: s/Brian J. Wanca
　　　　　　　　　　　　　　　　　　　Brian J. Wanca

　　　　　　　　　　　　　　　　ANDERSON + WANCA
　　　　　　　　　　　　　　　　3701 Algonquin Road, Suite 500
　　　　　　　　　　　　　　　　Rolling Meadows, IL  60008
　　　　　　　　　　　　　　　　Telephone:  847-368-1500
　　　　　　　　　　　　　　　　Fax:  847-368-1501

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          /s/ Brian J. Wanca
                                               Brian J. Wanca